■ The People of the State of New York, Respondent, v Kevin Moore, Appellant. [750 NYS2d 868] —Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered April 25, 2001, convicting defendant, after a jury trial, of assault in the first degree, coercion in the first degree and unlawful imprisonment in the first degree, and sentencing him, as a second violent felony offender, to concurrent terms of 23 years, 3½ to 7 years, and 2 to 4 years, respectively, unanimously affirmed.

To the extent that the uncharged crimes evidence introduced at trial could be viewed as unnecessarily cumulative, any such error was harmless on the basis of the overwhelming evidence establishing defendant's guilt (*see People v Crimmins*, 36 NY2d 230). Defendant's objection to the court's failure to deliver a specific limiting instruction, as it had agreed to do, is unpreserved (*People v Whalen*, 59 NY2d 273, 280), and we decline to review it in the interest of justice. Were we to review this claim, we would find the error to be harmless. Concur—Tom, J.P., Andrias, Rosenberger, Friedman and Marlow, JJ.

■ Manuel Martinez, Appellant, v Royal-Pak Systems et al., Respondents. Royal-Pak Systems, Third-Party Plaintiff-Respondent, v PRC Management Corp., Third-Party Defendant-Respondent. [751 NYS2d 738] —Order, Supreme Court, Bronx County (Barry Salman, J.), entered August 15, 2002, which, upon the parties' respective motions to reargue a prior order setting aside the jury's award of past lost earnings and directing a new trial thereon, dismissed the claim for past lost earnings as a matter of law, unanimously affirmed, without costs.

Plaintiff's testimony as to his past earnings, unsubstantiated by tax returns, W-2 forms or other relevant documents, was insufficient, as a matter of law, to show any loss of past earnings (*see DelValle v White Castle Sys.*, 277 AD2d 13; *Razzaque v Krakow Taxi*, 238 AD2d 161, 162; *Gomez v City of New York*, 260 AD2d 598). We have considered and rejected plaintiff's other arguments. Concur—Tom, J.P., Andrias, Rosenberger, Friedman and Marlow, JJ.